```
                    FILED
            CLERK, U.S. DISTRICT COURT

                 DEC - 9 2014

          CENTRAL DISTRICT OF CALIFORNIA
          BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD DEPERO, | ) | CASE NO: ED CV 99-382-RT |
| PLAINTIFF, | ) | [~~PROPOSED~~] RENEWAL OF JUDGMENT |
| vs. | ) | |
| ROCCO J. ARRUZZO, ET AL, | ) | |
| DEFENDANTS. | ) | |

```
              LODGED
       CLERK, U.S. DISTRICT COURT

            OCT 3 0 2014

     CENTRAL DISTRICT OF CALIFORNIA
     BY  KM            DEPUTY
```

The above-captioned matter was heard on Plaintiff's Application for Renewal of Judgment before United States District Court, Central District of California, Robert J. Timlin, Judge, presiding. Having considered the Application and supporting documents, the Court hereby orders, adjudges and decrees as follows:

1. Judgment on Plaintiff Richard A. Depero's Complaint for Breach of Fiduciary Duty, Breach of an Oral Contract, Breach of Contract (Promissory Estoppel), Breach of a Written Contract, Breach of Fiduciary Duty as "De Facto" Partners, Fraud, Constructive Fraud, Constructive Trust and Conversion as against Defendant Rocco J. Arruzzo is

hereby renewed in favor of Plaintiff Richard A. Depero.

2. Judgment on Plaintiff Richard A. Depero's Complaint for Constructive Trust and Conversion as against Defendants Dino A. Ciccozzi and Thunder Road Racing Plus, Inc. is hereby renewed in favor of Plaintiff Richard A. Depero.

3. Judgment on Plaintiff Richard A. Depero's Complaint for Breach of Fiduciary Duty and Conversion of Business as against Defendant Paperwork, Ltd. is hereby renewed in favor of Plaintiff Richard A. Depero.

4. That damages previously awarded in Favor of Plaintiff Richard A. Depero against Rocco J. Arruzzo, Dino A. Ciccozzi, Thunder Road Racing Plus, Inc., and Paperworks, Ltd. in the following amounts are hereby renewed,

 a. Actual damages in the amount of $301,490.00,

 b. General damages constituting injury to credit and emotional distress in the amount of $75,000.00,

 c. Punitive damages against Rocco J. Arruzzo in the amount of $75,000.00, and

 d. Costs in the amount of $446.62 in favor of Plaintiff Richard A. Depero against Defendants Rocco J. Arruzzo, Dino A. Ciccozzi, Thunder Road Racing Plus, a Pennsylvania corporation, and Paperworks, Ltd.

5. That interest on the renewed judgment in the amount of $101,233.80 is hereby awarded in favor of Plaintiff Richard A. Depero against Rocco J. Arruzzo, Dino A. Ciccozzi, Thunder Road Racing Plus, Inc., and Paperworks, Ltd.

IT IS SO ORDERED
Dated Dec 9, 2014

ROBERT J. TIMLIN
United States District Judge